IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES BLANCH,<br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE & ACCIDENT<br>INSURANCE COMPANY,<br>Defendant. | Case No. 4:22-cv-00726-FJG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by their respective counsel, stipulate and agree that this cause of action should be dismissed with prejudice, with each party to bear his/its own costs and attorneys' fees. In support hereof, the parties show the Court that all matters previously in dispute between them have been fully resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear his/its own costs and attorneys' fees.

Dated this 7th day of July, 2023.

Respectfully submitted,

| | |
|---|---|
| **BURNETTDRISKILL, Attorneys** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | |
| By: /s/ Derrick A. Pearce (with consent) | By: /s/ Cristin J. Mack |
| Derrick A. Pearce, MO #42793 | Cristin J. Mack, #61270 |
| Kyle H. Sciolaro, MO #64568 | 7700 Bonhomme Avenue, Suite 650 |
| Paul J. Taylor, MO #72159 | St. Louis, MO 64105 |
| BurnettDriskill, Attorneys | Telephone: (314) 802-3943 |
| 103 W. 26th Ave., Ste. 290 | Facsimile: (314) 802-3936 |
| North Kansas City, MO 64119 | cristin.mack@oglertree.com |
| P: (816) 781-4836 | |
| F: (816) 792-3634 | |
| ksciolaro@burnettdriskill.com | |
| dpearce@burnettdriskill.com | |
| ptaylor@burnettdriskill.com | |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |